COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Freddie Lee Walker v. Rissie Owens, et al.

Appellate case number:    01-15-00361-CV

Trial court case number:  D-1-GN-14-001926

Trial court:              126th District Court of Travis County

Appellant, Freddie Lee Walker, has filed a motion requesting (1) the Clerk of this Court to provide him copies of a Civil Docketing Statement and (2) the Court to order the court reporter to provide appellant with the reporter's record from hearings of September 2, 2014, and March 4, 2015. We **grant the motion in part**. The Clerk of this Court is directed to send to appellant two copies of a Civil Docketing Statement, and a copy of the one-volume reporter's record of the September 2, 2014 hearing, filed on May 20, 2015. Rhonda Watson, court reporter for the March 4, 2015 hearing, has notified the Clerk of this Court that she has provided appellant a copy of the one-volume reporter's record of the March 4, 2015 hearing, filed in the Third Court of Appeals on March 24, 2015. We **dismiss as moot** appellant's request to issue an order directed to the court reporter.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
          ☑ Acting individually    ☐ Acting for the Court

Date: June 9, 2015